**MINI MICRO STENCIL, INC., Plaintiff–Appellant,**

v.

**BEAM ON TECHNOLOGY, INC., Defendant–Appellee.**

**No. 01–1430.**

United States Court of Appeals, Federal Circuit.

April 4, 2002.

Before LOURIE, GAJARSA, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.